1  Justin Hanassab, Esq. Bar No. 319533
   justin@miraclemilawlaw.com
2  Steven I. Azizi, Esq. Bar No. 322719
   steven@miraclemilelaw.com
3  Caitlyn Handy, Esq. Bar No. 339017
   chandy@miraclemilelaw.com
4  MIRACLE MILE LAW GROUP LLP
   11835 W. Olympic Blvd., Suite 870E
5  Los Angeles, CA 90064
   Tel: (213) 433-3588
6  Fax: (888) 224-4132

7  Attorneys for Plaintiff,
   ROSEMARY MUNGUIA
8

   Robert S. Blumberg, Bar No. 161649
9  rblumberg@littler.com
   Andrea Oguntula, Bar No. 327587
10 aoguntula@littler.com
   LITTLER MENDELSON P.C.
11 2049 Century Park East
   5th Floor
12 Los Angeles, California  90067.3107
   Telephone:  310.553.0308
13 Fax No.:    800.715.1330

14 Attorneys for Defendants
   MERASTAR INSURANCE COMPANY
15 AND KEMPER INDEPENDENCE
   INSURANCE COMPANY
16

17              UNITED STATES DISCTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  ROSEMARY MUNGUIA, | Case No. 2:23-cv-02819-MWF(JPRx) |
| 21         Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 22     v. | |
| 23  MERASTAR INSURANCE COMPANY, a corporation; KEMPER INDEPENDENCE INSURANCE COMPANY, a corporation; LESLIE YEARRINGTON, an individual, MICHELLE RIBAUDO, an individual, and DOES 1 to 50, inclusive, | Complaint filed:  March 17, 2023 |
| 27         Defendants. | |

## **ORDER**

Based on the Joint Stipulation filed concurrently herewith and good cause appearing, IT IS HEREBY ORDEREED that the case *Rosemary Munguia v. Merastar Insurance Company, etc. et al.,* Case No. 2:23-cv-02819-MWF(JPRx)*,* is DISMISSED with prejudice.  Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are further vacated and no further proceedings shall take place.

**IT IS SO ORDERED.**

Dated:  March 26, 2024 _____
MICHAEL W. FITZGERALD
United States District Judge